IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MCD CORPORATION,

    Plaintiff,

v.

BUTTE STEEL & FABRICATION, INC., ET AL,

    Defendants.
_____/

No. 12-03638 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On October 10, 2012, Plaintiff's counsel requested to appear telephonically at the initial case management conference set for October 16, 2012 at 1:30 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than October 15, 2012, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: October 11, 2012

                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge