Kathlynn Smith, Esq., SBN 234541
  smith@huntortmann.com
HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107

Attorneys for Plaintiff, McD Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of McD CORPORATION, an Arizona Corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>BUTTE STEEL & FABRICATION, INC., a California Corporation; TETRA TECH TESORO, INC., a Virginia Corporation; SAFECO INSURANCE OF AMERICA, a Washington Corporation; DOES 1 through 50, Inclusive,<br><br>            Defendants. | Case No. 3:12-CV-03638-EDL<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

     Plaintiff, McD Corporation, hereby requests that the Court approve the substitution of Laurence P. Lubka of Lubka & White, LLP, as attorney of record instead of Hunt Ortmann Palffy Nieves Darling & Mah, Inc.

DATED: September 18, 2012         McD CORPORATION


                                  By:     /s/ Michael Dean
                                          MICHAEL DEAN

1  I am duly admitted to practice in this District pursuant to Local Rule 11-1.

2  DATED: September 19, 2012                LUBKA & WHITE, LLP

                                            By:  /s/ Laurence P. Lubka
                                                 LAURENCE P. LUBKA

7  I have given proper notice pursuant to Local Rule 11-5(b) and further consent to the above substitution.

9  DATED: September 18, 2012                HUNT ORTMANN PALFFY NIEVES
                                            DARLING & MAH, INC.

                                            By:  /s/ Kathlynn E. Smith
                                                 KATHLYNN E. SMITH

---

509178.1 KES 3775.002        2        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

1  **ORDER**

2  The Request for Approval of Substitution of Attorney is Granted.

3  DATED: ~~September~~ ___, 2012
         October 29



_____
JUDGE
CALIFO
Judge Elizabeth D. Laporte

IT IS SO ORDERED

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 301 North Lake Avenue, 7th Floor, Pasadena, CA 91101-1807.

On September 19, 2012, I served the following document(s) described as **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I am "readily familiar" with Hunt Ortmann Palffy Nieves Darling & Mah, Inc.'s practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Pasadena, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2012, at Pasadena, California.

/s/ Tracy Sorokin
Tracy Sorokin

509178.1 KES 3775.002

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

**SERVICE LIST**

| | |
|---|---|
| Laurence P. Lubka, Esq.<br>***Lubka & White, LLP***<br>222 East Huntington Drive, Suite 235<br>Monrovia, CA 91016<br>Tel:   (626) 301-0700<br>Email: larry@lubkawhite.com | *Attorneys for Plaintiff, McD Corporation* |
| Marie E. Colmey, Esq.<br>***Vanderventer Black, LLP***<br>790 East Colorado Boulevard, Suite 500<br>Pasadena, CA 91101<br>Tel:   (626) 768-1260<br>Fax:   (626) 768-1261<br>Email: mcolmey@vanblk.com | *Attorneys for Defendants, Tetra Tech Tesoro, Inc. and Safeco Insurance of America* |
| Douglas Thorn, Esq.<br>***Law Office of Douglas R. Thorn***<br>7601 Watson Way<br>Citrus Heights, CA 95610<br>Tel:   (916) 735-9910<br>Email: drthorn@surewest.net | *Attorneys for Defendant, Butte Steel & Fabrication, Inc.* |

509178.1 KES 3775.002

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY